# United States District Court for the Northern District of Illinois

Case Number: `08CV4394`　　　　Assigned/Issued By: `DAJ`

Judge Name: `MANNING`　　　　Designated Magistrate Judge: `ASHMAN`

---

## FEE INFORMATION

*Amount Due:*　　☑ $350.00　　☐ $39.00　　☐ $5.00

　　　　　　　　☐ IFP　　　　☐ No Fee　　☐ Other _____

　　　　　　　　☐ $455.00

Number of Service Copies _____　　　　Date: _____

(For Use by Fiscal Department Only)

Amount Paid: `350.00`　　　　Receipt #: `2992213`

Date Payment Rec'd: `08/04/08`　　　　Fiscal Clerk: `DAJ`

---

## ISSUANCES

☑ Summons　　　　　　　　　　　　☐ Alias Summons

☐ Third Party Summons　　　　　　　☐ Lis Pendens

☐ Non Wage Garnishment Summons　　☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

　　　　　　　　　　　　　　　　　(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
　　(Type of Writ)

`1` Original and `0` copies on `08/04/08` as to `DEF.` _____

_____

_____

C:\wpwin80\docket\feeinfo.frm　　03/14/05