UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Center for Diagnostic Imaging, Inc.
                              Plaintiff,

v.                                                Case No.: 1:08–cv–04394
                                                Honorable Blanche M. Manning

ARJ II, LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: The plaintiff's complaint invokes diversity of citizenship grounds. See 28 U.S.C. § 1332. The court has reviewed the jurisdictional allegations in the complaint pursuant to Wisconsin Knife Works v. National Metal Crafters, 781 F.2d 1280, 1282 (7th Cir. 1986) ("the first thing a federal judge should do when a complaint is filed is check to see that federal jurisdiction is properly alleged"). Here, the plaintiff alleges that it is a Minnesota corporation with its principal place of business in Minnesota and that the defendant is an Illinois LLC whose members are all Illinois residents. The plaintiff correctly recognizes that "the citizenship of an LLC for purposes of the diversity jurisdiction is the citizenship of its members." Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998). However, citizenship, not residency, is what matters for diversity jurisdiction, so "[w]hen the parties allege residence but not citizenship, the court must dismiss the suit." Guaranty National Title Co. v. J.E.G. Associates, 101 F.3d 57, 59 (7th Cir. 1996). Accordingly, the complaint fails to adequately allege jurisdiction and is, therefore, dismissed. The plaintiff may file an amended complaint addressing the issue discussed in this order by August 28, 2008.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.