## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 4394 |
|---|---|

CENTER FOR DIAGNOSTIC IMAGING

v.

ARJ II, LLC a/k/a ASSOCIATED RADOLOGISTS OF JOLIET INVESTMENTS, II LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ARJ II, LLC

| NAME (Type or print) |
|---|
| Marcie L. Hefler |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/  Marcie L. Hefler |

| FIRM |
|---|
| Preztel & Stouffer |

| STREET ADDRESS |
|---|
| One South Wacker Drive, Suite 2500 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6216225 | 312.578.7470 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, I electronically filed the above document with the

Clerk of the Circuit Court using the CM/ECF system which will send notification of such filing

to all counsel of record.

Respectfully submitted,

By:     /s/Marcie L. Hefler
        Edward H. Nielsen
        Marcie L. Hefler
        PRETZEL & STOUFFER, CHARTERED
        Attorneys for Defendant, ARAMARK Correctional
        Services, Inc.
        One South Wacker, Suite 2500
        Chicago, IL 60606
        (312) 346-1973 (phone)
        (312) 346-8242 (fax)
        mhefler@pretzel-stouffer.com