LMS/MLH                                                                    #397

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Center for Diagnostic Imaging, Inc. | ) |
| | ) 08 CV 4394 |
| | ) |
| v. | ) Judge Blanche Manning |
| | ) Magistrate Judge Ashman |
| ARJ II, LLC, a/k/a Associated Radiologists | ) |
| of Joliet Investments II, LLC | ) |
| | ) |

### MOTION FOR AN ENLARGEMENT OF TIME

NOW COMES the Defendant, ARJ II, LLC a/k/a Associated Radiologists of Joliet Investments II, LLC by and through its attorneys, Pretzel & Stouffer, Chartered, and moves this Honorable court for an enlargement of time within which to file responsive pleadings in this matter pursuant to Federal Rule of Civil Procedure 6(b). In support of said motion, the Defendant states the following:

1. The Defendant received notice of this suit on or about August 6, 2008.

2. The Defendant filed its appearance through counsel on August 21, 2008.

3. Counsel for ARJ II, LLC has not had the opportunity to meet with ARJ II, LLC to prepare the appropriate pleadings and obtain the requisite documentation in support thereof. Without the documents, Defendant is unable to file appropriate responsive pleadings.

4. Counsel for ARJ II, LLC believes that an additional time, to and including September 17, is reasonably necessary to be able to file a meaningful responsive pleading.

5. This extension of time should not prejudice any party to this proceeding.

WHEREFORE, the Defendant, ARJ II, LLC, prays this Honorable Court grant an

extension of time to September 17, 2008, to answer or otherwise plead.

                                            Respectfully submitted,

                                            PRETZEL & STOUFFER, CHARTERED

                                            By: <u>s/Marcie L. Hefler</u>

Marcie L. Hefler
Pretzel & Stouffer Chartered
*Attorneys for Defendant*
One South Wacker Drive, Suite 2500
Chicago, IL 60606
(312) 346-1973

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2008, I electronically filed the above document with the Clerk of the Circuit Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<u>Attorney for Center for Diagnostic Imaging, Inc.</u>
Katherine A. Jones
CHRISTENSEN & EHRET, LLP
222. West Adams Street, Suite 2170
Chicago, Illinois 60606
312.634.1014

                                                Respectfully submitted,

By:    /s/ <u>Marcie L. Hefler</u>
         Marcie L. Hefler
         PRETZEL & STOUFFER, CHARTERED
         Attorneys for Defendant, ARAMARK Correctional Services, Inc.
         One South Wacker, Suite 2500
         Chicago, IL 60606
         (312) 346-1973 (phone)
         (312) 346-8242 (fax)
         mhefler@pretzel-stouffer.com