LMS/MLH                                                                                     #397

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Center for Diagnostic Imaging, Inc. | )<br>) 08 CV 4394<br>) |
| v. | ) Judge Blanche Manning<br>) Magistrate Judge Ashman |
| ARJ II, LLC, a/k/a Associated Radiologists<br>of Joliet Investments II, LLC | )<br>)<br>) |

### NOTICE OF MOTION

**TO:**   SEE ATTACHED SERVICE LIST

      **YOU ARE HEREBY NOTIFIED** that on the **26th** day of **August, 2008**, at **10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before **Magistrate Judge Ashman**, in Court Room Number 1386, or any judge sitting in her stead, in the Dirksen Federal Building, Chicago, Illinois, and shall then and there present **Defendant's Motion for an Enlargement of Time.**

                                              Respectfully submitted,
                                              PRETZEL & STOUFFER, CHARTERED

                                              By:   s/Marcie L. Hefler

Marcie L. Hefler
Pretzel & Stouffer Chartered
*Attorneys for Defendant*
One South Wacker Drive, Suite 2500
Chicago, IL 60606
(312) 346-1973

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2008, I electronically filed the above document with the Clerk of the Circuit Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<u>Attorney for Center for Diagnostic Imaging, Inc.</u>
Katherine A. Jones
CHRISTENSEN & EHRET, LLP
222. West Adams Street, Suite 2170
Chicago, Illinois 60606
312.634.1014

                                              Respectfully submitted,

By:    /s/ Marcie L. Hefler
          Marcie L. Hefler
          PRETZEL & STOUFFER, CHARTERED
          Attorneys for Defendant, ARAMARK Correctional Services, Inc.
          One South Wacker, Suite 2500
          Chicago, IL 60606
          (312) 346-1973 (phone)
          (312) 346-8242 (fax)
          mhefler@pretzel-stouffer.com