LMS/MLH                                                                                    #397

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Center for Diagnostic Imaging, Inc. | ) |
| | ) 08 CV 4394 |
| | ) |
| v. | ) Judge Blanche Manning |
| | ) Magistrate Judge Ashman |
| ARJ II, LLC, a/k/a Associated Radiologists | ) |
| of Joliet Investments II, LLC | ) |
| | ) |

### AMENDED NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

**YOU ARE HEREBY NOTIFIED** that on the 28th day of **August, 2008**, at **11:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before **Judge Blanche Manning**, in Court Room Number 2125, or any judge sitting in her stead, in the Dirksen Federal Building, Chicago, Illinois, and shall then and there present **Defendant's Motion for an Enlargement of Time.**

                                        Respectfully submitted,
                                        PRETZEL & STOUFFER, CHARTERED


                                        By:   s/Marcie L. Hefler


Marcie L. Hefler
Pretzel & Stouffer Chartered
*Attorneys for Defendant*
One South Wacker Drive, Suite 2500
Chicago, IL 60606
(312) 346-1973

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, I electronically filed the above document with the Clerk of the Circuit Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<u>Attorney for Center for Diagnostic Imaging, Inc.</u>
Katherine A. Jones
CHRISTENSEN & EHRET, LLP
222. West Adams Street, Suite 2170
Chicago, Illinois 60606
312.634.1014

                              Respectfully submitted,

By:    /s/ Marcie L. Hefler
        Marcie L. Hefler
        PRETZEL & STOUFFER, CHARTERED
        Attorneys for Defendant, ARAMARK Correctional Services, Inc.
        One South Wacker, Suite 2500
        Chicago, IL 60606
        (312) 346-1973 (phone)
        (312) 346-8242 (fax)
        mhefler@pretzel-stouffer.com