**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Center for Diagnostic Imaging, Inc.
                                    Plaintiff,

v.                                                Case No.: 1:08−cv−04394
                                                  Honorable Blanche M. Manning

ARJ II, LLC
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

   MINUTE entry before the Honorable Blanche M. Manning: Defendant's unopposed motion for an enlargement of time [9] to answer or otherwise plead is granted to and including 9/17/2008. Status hearing set for 9/25/2008 at 11:00 A.M. No appearance is necessary on 8/28/2008. Mailed and telephoned notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.